# Court of Appeals
## Tenth Appellate District of Texas

10-25-00277-CR
10-25-00278-CR

Cody Ray Vaughan,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
52nd District Court of Coryell County, Texas
Judge Trent D. Farrell, presiding
Trial Court Cause Nos. 24-28962 and 24-28963

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Cody Ray Vaughan appeals from two convictions for which sentence was imposed on July 18, 2025. Vaughan filed a *pro se* notice of appeal in each case dated August 19, 2025. By letter dated August 20, 2025, the Clerk of this Court informed Vaughan that his appeals were untimely and would be dismissed if a response showing grounds for continuing the appeals was not filed on or before September 2, 2025. No response has been filed.

Additionally, the certifications of the defendant's right to appeal signed by the trial court, Vaughan, and his trial counsel on July 18, 2025, state that this "is a plea-bargain case, and the defendant has NO right of appeal;" and "the defendant has waived the right of appeal."

The trial court must file a certification of the defendant's right of appeal, and unless "a certification that shows the defendant has the right of appeal has . . . been made part of the record," we "must" dismiss the appeal. TEX. R. APP. P. 25.2(a)(2), (d). Because the trial court's certifications of the defendant's right of appeal indicate that Vaughan does not have the right to appeal from a plea-bargain case and has waived the right to appeal in both cases, these appeals must be dismissed. *See* TEX. R. APP. P. 25.2(d); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, these appeals are dismissed.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: September 11, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeals dismissed
Do not publish
CRPM

